UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION AT LAFAYETTE

| | |
|---|---|
| MARLON JOHN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Cause No. 4:20-cv-66-PPS-JEM |
| SOUTHWIRE COMPANY, LLC, | ) ) ) |
| Defendant. | ) ) |

### ORDER

The parties' Joint Stipulation of Dismissal with Prejudice [21] is SO ORDERED.

This action is **DISMISSED WITH PREJUDICE**. Each party to bear its own fees and costs. This case is now closed.

**SO ORDERED on March 12, 2021.**

/s/ Philip P. Simon
PHILIP P. SIMON, JUDGE
UNITED STATES DISTRICT COURT